# EXHIBIT B

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 7/13/2022 5:20 PM

 *Brian K. Hart* -Clerk of Court

## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **VICTOR BERRY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| **v.** | ) |
| | ) Civil Action No: STCV22-00716 |
| **SHIP OWNER INVESTMENT CO. NO. 1,** | ) |
| **HMM OCEAN SERVICE CO. LTD. and** | ) |
| **HMM CO., LTD.,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ACKNOWLEDGMENT OF SERVICE

**NOW COME SHIP OWNER INVESTMENT CO. NO. 1, HMM OCEAN SERVICE CO. LTD. and HMM CO. LTD.,** by and through their attorneys of record, and as of the date affixed below, hereby acknowledge due and legal service of Plaintiff's Complaint for Damages in the above-styled action. All additional service of process for the above-named Defendants is hereby waived.

This 13th day of July, 2022.

          **HUNTER, MACLEAN, EXLEY & DUNN, P.C.**

          /s/ Colin A. McRae
          Colin A. McRae
          Georgia Bar No. 499045
          *Attorney for Defendants Ship Owner Investment Co. No.*
          *1, HMM Ocean Service Co. Ltd., and HMM Co. Ltd.*

Post Office Box 9848
Savannah, GA 31412-0048
(912) 236-0261
cmcrae@huntermaclean.com

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 7/13/2022 5:20 PM

 *Brian K. Hart* -Clerk of Court

## IN THE STATE COURT OF CHATHAM COUNTY
### STATE OF GEORGIA

| | | |
|---|---|---|
| **VICTOR BERRY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | |
| | ) | Civil Action No: STCV22-00716 |
| **SHIP OWNER INVESTMENT CO. NO. 1,** | ) | |
| **HMM OCEAN SERVICE CO. LTD. and** | ) | |
| **HMM CO., LTD.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **ACKNOWLEDGMENT OF SERVICE** upon all parties to this matter by filing the same via the court's e-file system which will send electronic notification of such filing to counsel of record as follows:

> Brent J. Savage, Esq.
> Zachary R. Sprouse, Esq.
> Savage Turner Pinckney Savage & Sprouse
> P.O. Box 10600
> Savannah, GA   31401
> bsavage@savagelawfirm.net
> zsprouse@savagelawfirm.net

This 13th day of July, 2022.

**HUNTER, MACLEAN, EXLEY & DUNN, P.C.**

/s/ Colin A. McRae

Colin A. McRae
Georgia Bar No. 499045
*Attorney for Defendants Ship Owner Investment Co. No.*
*1, HMM Ocean Service Co. Ltd., and HMM Co. Ltd.*

Post Office Box 9848
Savannah, GA 31412-0048
(912) 236-0261

4887-4541-6489 v1

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 4/28/2022 2:35 PM

*Brian K. Hart* -Clerk of Court

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of ___CHATHAM___ County

| For Clerk Use Only | | |
|---|---|---|
| Date Filed ___4/28/2022___ <br> **MM-DD-YYYY** | Case Number | STCV22-00716 |

**Plaintiff(s)**
BERRY, VICTOR

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**
SHIP OWNER INVESTMENT CO. NO. 1

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| HMM OCEAN SERVICE CO. LTD. | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| HMM CO. LTD. | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney**  BRENT J. SAVAGE     **Bar Number** 627450     **Self-Represented** ☐

### Check One Case Type in One Box

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____          _____
Case Number                               Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____
_____

Version 1.1.18

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 4/28/2022 2:35 PM

*Brian K. Hart* -Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| VICTOR BERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | STCV22-00716 |
| v. | ) | CIVIL ACTION NO: _____ |
| | ) | |
| SHIP OWNER INVESTMENT CO. NO. 1, | ) | |
| HMM OCEAN SERVICE CO. LTD., and | ) | |
| HMM CO. LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT FOR DAMAGES

**COMES NOW**, VICTOR BERRY, Plaintiff in the above-styled action, and brings this Complaint for Damages against the above-named Defendants, respectfully showing this Court as follows:

### I. PARTIES, JURISDICTION AND VENUE

1.      Plaintiff is a resident of Chatham County, Georgia.

2.      Defendant SHIP OWNER INVESTMENT CO. NO. 1 is a foreign maritime entity with its principal office and place of business located c/o HMM Co. Ltd., 194, Yulgok-ro, Jongno-gu, Seoul, 03127, South Korea.  Defendant SHIP OWNER INVESTMENT CO. NO. 1 will be served with process in compliance with the requisite international treaties and other legal obligations.

3.      At all times relevant to this cause of action, Defendant SHIP OWNER INVESTMENT CO. NO. 1 was doing business in the State of Georgia within Chatham County.

*Page 1 of 7*

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 4/28/2022 2:35 PM

*Brian K. Hart* -Clerk of Court

4.       Defendant HMM OCEAN SERVICE CO. LTD. is a foreign maritime entity with its principal office and place of business located at 63, Jungang-daero, Jung-gu, Busan, 600-711, South Korea.   Defendant HMM OCEAN SERVICE CO. LTD. will be served with process in compliance with the requisite international treaties and other legal obligations.

5.       At all times relevant to this cause of action, Defendant HMM OCEAN SERVICE CO. LTD. was doing business in the State of Georgia within Chatham County.

6.       Defendant HMM CO. LTD. is a foreign maritime entity with its principal office and place of business located at  194, Yulgok-ro, Jongno-gu, Seoul, 03127, South Korea.  Defendant HMM CO. LTD. will be served with process in compliance with the requisite international treaties and other legal obligations.

7.       At all times relevant to this cause of action, Defendant  194, Yulgok-ro, Jongno-gu, Seoul, 03127, South Korea, was doing business in the State of Georgia within Chatham County.

8.       Upon information and belief, Defendants own, manage, operate, direct, and crew vessels, including the *M/V Hyundai Forward*, to call upon and transact business in the Port of Savannah, Chatham County, Georgia, on a routine, regular, and systematic basis.

9.       This cause of action is based upon injuries sustained by Plaintiff on the navigable waters of the United States, more specifically, in Chatham County, Georgia.

10.       Plaintiff brings this cause of action under the Savings to Suitors clause of 28 USC § 1333, general maritime law, Georgia law, and all laws supplementary and amendatory thereto.

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 4/28/2022 2:35 PM

 *Brian K. Hart* -Clerk of Court

11.     Jurisdiction and venue are proper in this Honorable Court.

## II. FACTUAL ALLEGATIONS

12.     On April 20, 2022, Plaintiff was working  as a longshoreman aboard the vessel *M/V Hyundai Forward* at Container Berth 2 of the Garden City Terminal of the Georgia Ports Authority.

13.     In the course of his employment duties on said date and place, Plaintiff was directed to perform certain duties on the vessel *M/V Hyundai Forward,* and Plaintiff was lawfully on the vessel at all times mentioned herein.

14.     Defendants own, manage, operate, direct, and crew vessels, including the *M/V Hyundai Forward,* to call upon and transact business in the Port of Savannah, Chatham County, Georgia, on a routine, regular, and systematic basis.

15.     The *M/V Hyundai Forward* was located on the navigable waters of the United States and within the State of Georgia for the purpose of loading and discharge of cargo.

16.     While in the process of performing his duties on the *M/V Hyundai Forward,* Plaintiff was ascending the gangway, holding onto the left hand rail, to onboard the vessel. As Plaintiff was ascending the gangway, the left hand rail collapsed and gave way, causing him to fall over the left side of the gangway into the safety net.  As a result of Plaintiff's fall on the gangway due to the left hand rail collapsing, he sustained serious injuries, including injuries to his left knee and right shoulder.

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 4/28/2022 2:35 PM

*Brian K. Hart* -Clerk of Court



### III.  CAUSES OF ACTION

#### *Negligence*

17.     Defendants had substantial control, oversight and knowledge of the equipment on board of the *M/V Hyundai Forward*, and breached their duty to Plaintiff and other longshoreman by failing to exercise reasonable care to properly operate, oversee, and maintain the equipment.

18.     Defendants knew or should have known that this gangway was unsafe and this safety issue would result in substantial injuries to a worker like the Plaintiff attempting to embark the vessel by using the gangway. The Defendants also knew or should know that workers often use the handrails when embarking the vessel.

19.     Defendants were in charge of, responsible for, and/or had control over the gangway and breached duties owed to Plaintiff. This includes failing to properly operate, inspect, monitor and maintain this equipment and failing to ensure the equipment was reasonably fit for its intended use.

20.     Plaintiff's injuries were not the result of any fault or negligence on the part of the Plaintiff, but were proximately caused by the negligence of Defendants, its agents,

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 4/28/2022 2:35 PM

*Brian K. Hart* -Clerk of Court

servants or employees. The Defendants' were negligent in one or more of the following ways:

a.   Negligent failure to operate, maintain, inspect, and replace unsafe vessel equipment;

b.   Employment of incompetent officers, crew, and/or maintenance personnel responsible for operating, maintaining, inspecting and replacing damaged or defective vessel equipment;

c.   Negligent failure to properly train officers, crew in the acts of operating, maintaining, inspecting, monitoring and replacing unsafe vessel equipment;

d.   Negligent failure to operate and maintain the vessel and/or the gangway at issue in a reasonably safe condition and failure to provide and maintain Plaintiff with safe means of access;

e.   Negligent failure to warn Plaintiff of the unsafe condition of the *M/V Hyundai Forward* and its appurtenances and vessel equipment;

f.   Deviating from basic seamanship with respect to safe rigging, operating, and monitoring of the gangway (including all its components);

g.   Other acts of negligence which will appear more fully at the trial of this matter.

21.   Defendants' above-described negligent acts and omissions constitute a proximate cause of the injuries sustained by Plaintiff.

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 4/28/2022 2:35 PM

*Brian K. Hart* -Clerk of Court

## IV.   INJURIES AND DAMAGES

22.     Plaintiff brings this action against the Defendants to recover all damages appropriate under the law. This includes his related medical expenses, past, present, and future; lost wages, past, present, and future; pain and suffering, both physical and mental, past, present, and future; and permanent impairment.

23.     Defendants have acted in bad faith, been stubbornly litigious, and/or caused Plaintiff unnecessary trouble and expense, such actions entitling Plaintiff to recover attorneys' fees and expenses pursuant to O.C.G.A. § 13-6-11. Specific acts of bad faith or stubborn litigiousness include the "so sue me attitude." This is apparent by the vessel officers' pre-suit conduct described in the GPA incident report.

**WHEREFORE**, Plaintiff prays for the following relief:

(A)     That summons and process issue and be served upon Defendants;

(B)     For a trial by a jury comprised of twelve persons;

(C)     That Plaintiff be awarded an appropriate sum to compensate him for his injuries and damages;

(D)     That Plaintiff be awarded reasonable attorneys' fees and litigation expenses; and

(E)     For such other and further relief as the Court deems just and proper.

*Page 6 of 7*

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 4/28/2022 2:35 PM

*Brian K. Hart* -Clerk of Court

This 28th day of April, 2022.

Brent J. Savage
Georgia Bar No. 627450
Zachary R. Sprouse
Georgia Bar No. 276708

SAVAGE, TURNER, PINCKNEY
SAVAGE & SPROUSE
Post Office Box 10600
Savannah, GA 31412
(912) 231-1140

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 4/28/2022 2:35 PM

 -Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

VICTOR BERRY,                          )
                                       )
        Plaintiff,                     )
                                       )                STCV22-00716
v.                                     )    CIVIL ACTION NO: _____
                                       )
SHIP OWNER INVESTMENT CO. NO. 1,       )
HMM OCEAN SERVICE CO. LTD., and        )
HMM CO. LTD.,                          )
                                       )
        Defendants.                    )

---

## PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANTS

COMES NOW, Plaintiff in the above-styled case, and requires Defendants to answer under oath and in writing the following interrogatories, pursuant to O.C.G.A. §9-11-33, within forty-five (45) days from the date of service hereof.

## NOTICE AND DIRECTIONS

**NOTE A:**   You are hereby required to respond to the Interrogatories, separately and fully in writing under oath, within thirty (30) days of service and serve a copy of the response upon Plaintiff's attorney.

**NOTE B:**   When used in the Interrogatories the term "Defendant" or "you" or any synonym thereof, is intended to and shall embrace and include NYK Line (North America) Inc., individually, as well as all attorneys, agents, servants, representatives, private investigators and others who are in a position of obtaining or may have obtained information for or on behalf of Defendant relevant to these Interrogatories.

**NOTE C:**   These Interrogatories shall be deemed continuing so as to require

*Page 1 of 7*

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 4/28/2022 2:35 PM

*Brian K. Hart* -Clerk of Court

supplemental answers if you or your attorneys obtain further information between the time answers are served and the time of trial. Any such supplemental answers are to be filed and served upon counsel for the Plaintiff within thirty (30) days from receipt of such additional information but not later than ten (10) days prior to the time of trial.

**NOTE D:**   "Document" means: (1) every writing or record of every type and description that is or has been in your possession, control, or custody or of which you have knowledge, including but not limited to, correspondence, inter-office memoranda, tapes, email, computer files, hard disks, databases, backup tapes, stenographic or hand-written notes, studies, publications, books, pamphlets, pictures (drawings and photographs), films, microfilms, voice recordings, maps, reports, surveys, minutes, statistical computations, invoices, production orders, sales records, and any other writing evidencing or reflecting facts relevant to the Plaintiff's claims; (2) every copy of the above-described writing record where the original is not in your possession, custody or control; (3) every copy of each such writing or record where such a copy is not an identical copy of the original by virtue of any commentary or notation that does not appear on the original.

**NOTE E:**   Throughout these interrogatories, where Defendant is requested to identify a person, the following information should be furnished:

(a)   The person's full name;

(b)   His or her present home and business address and telephone number at each address;

©   His or her occupation; and

(d)   His or her place of employment.

*Page 2 of 7*

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 4/28/2022 2:35 PM

*Brian K. Hart* -Clerk of Court

**NOTE F:**     As used herein, terms in the singular include the plural and terms in the plural include the singular.

1.      Please state the name, address, telephone number, brief summary of the knowledge said person has/claims to have and employer/job title at the time of Plaintiff's injury of each and every person who has or claims to have knowledge or information (including medical information) regarding any facts, circumstances, or issues relevant to the events described in Plaintiff's Complaint or the Defenses in your answer.

2.      Please state the name, address and telephone number of those persons whose formal or informal statements, verbal or written, were obtained by you or any of your representatives in connection with the incident in question or any issue in this lawsuit.  State the date of each statement, state where it was obtained, and identify by name, address and telephone number the person obtaining it, and describe the contents of the statements.

3.      Do you have in your possession or do you have access to a written or recorded statement or summary of notes of an oral statement by the Plaintiff?  If so, please state the date of each statement, where it was obtained, and identify by name, address and telephone number the person obtaining it.

4.      Please state the name, address, telephone number, employer, and job title of any person or persons who made any investigations or reports as a result of or in connection with the incident giving rise to this lawsuit, and

*Page 3 of 7*

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 4/28/2022 2:35 PM

 -Clerk of Court

identify by title each report or other document resulting from same.

5.    Do you have, or does your attorney or other representative have any photographs, videotapes, sketches, specifications, order forms, manuals , diagrams, blueprints, plans, etc., which relate to the subject incident or the matters and things involved in Plaintiff's claim or this lawsuit or of the component parts at issue (the gangway, toggle pin, handrail, or other component parts)? If so, please identify and describe.

6.    Please state the name, address, telephone number, opinions held, list of documents upon which they rely, list of all records provided and field of expertise of any person you will call at trial as an expert witness.

7.    Please state who lowered the gangway, who last inspected the subject connecting toggle pin, identify the time it was done and inspections made of it.  Also, describe and identify any discussions or communications with any stevedore or ILA member about the gangway.

8.    Were any corrective actions taken in response to Victor Berry's injuries?  If so, what were they?

9.    At the time of the Plaintiff's injury as described in the Complaint, please provide the name and address of each insurer, the policy number and limits of liability for each type of coverage and the nature of any exclusions for any policies (primary or excess) of insurance insuring your liability for the type of risk sued on herein.

10.    Please state the wording of any safety or operating rules, regulations or recommendations in effect from 12 months prior to the subject incident

*Page 4 of 7*

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 4/28/2022 2:35 PM

*Brian K. Hart* -Clerk of Court

through the present, whether written or verbal, pertaining to safe rigging, monitoring, and inspecting the vessel's gangways and its component parts.

11. Were any written reports made of any inspections of the gangway that is alleged to have injured the Plaintiff prior to or subsequent to Plaintiff's injury?

12. If any written or oral reports were made of any such inspections referred to in the preceding interrogatory, please state the date of such report, and from whom and to whom said reports were made last preceding and first following Plaintiff's injury.

13. Please state the name, address and job classification of all such persons who gave notice or made complaints about the subject gangway prior to the time of Plaintiff's injury and state whether said notice or complaint was put in writing and, if so, the present location of said written document.

14. Are you in possession of photographs or videotapes in which the Plaintiff appears or of the site of Plaintiff's injury either before or after it occurred? If so, please state:

    (a)  How many photographs or videotapes were made and when and where they were made?

    (b)  The name and present address of by whom they were made and the name and address of the person who presently has possession of them;

15. Who is responsible for rigging, maintaining, monitoring, and operating the subject gangway?

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 4/28/2022 2:35 PM

*Brian K. Hart* -Clerk of Court

16.   The name, business and home addresses of the officers, directors and shareholders of the Defendant.

17.   State which documents Defendant possesses, maintains or has access to which state or describe the specifications for the inspection, maintenance and replacement of the subject vessel's gangway.

18.   How do you contend the gangway railing collapsed?

19.   Who was responsible for placing/securing the netting in the area where Victor Berry fell?

20.   Who was responsible for the placement of the gangway and watching the gangway at the time Victor Berry fell?

20.   Do you contend Victor Berry was contributorily negligent in any way? If so, explain how.

22.   Do you contend any third party not named in this lawsuit was negligent in any way?  If so, who and how?

23.   Identify any prior incidents involving handrail collapse for the subject vessel from 2007- present.

24.   Identify any system or log used by the Vessel (its officers, directors, agents, employees) to track or record incidents (whether resulting in injury or not).

25.   Describe the toggle pin and handrail and identify the manufacturer, make, model, date of purchase, supplier, and dimensions.

26.   Identify and explain the job and responsibilities of the Master, Chief Officer, and the gangway watchman and identify documents reflecting the job duties of the various crewmembers on the deck side.

*Page 6 of 7*

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 4/28/2022 2:35 PM     *Brian K. Hart* -Clerk of Court

This 28th day of April, 2022.

Brent J. Savage
Georgia Bar No. 627450
Zachary R. Sprouse
Georgia Bar No. 276708

SAVAGE, TURNER, PINCKNEY
SAVAGE & SPROUSE
Post Office Box 10600
Savannah, GA 31412
(912) 231-1140

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 4/28/2022 2:35 PM

 *Brian K. Hart* -Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| VICTOR BERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | STCV22-00716 |
| v. | ) | CIVIL ACTION NO: _____ |
| | ) | |
| SHIP OWNER INVESTMENT CO. NO. 1, | ) | |
| HMM OCEAN SERVICE CO. LTD., and | ) | |
| HMM CO. LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS

**COMES NOW,** Plaintiff in the above-styled case, and requires Defendant Georgia Ports Authority, pursuant to O.C.G.A. §9-11-34 to produce for inspection and copying at the offices of the Plaintiff's attorney of record, Brent J. Savage, at Savage, Turner, Pinckney, Savage & Sprouse, 102 East Liberty Street, Eighth Floor, Savannah, Georgia 31401, the following documents within forty-five (45) days of the date of service of this request.

Plaintiff requests that, along with the production of documents, a written response be made detailing the documents produced and any documents covered by these requests which the Defendants objects to producing.

**NOTE A:**    These requests are continuous and should be supplemented if additional information is received at a later date.

**NOTE B:**    If documents requested are not in the Defendants' possession, please state as follows:

*Page 1 of 5*

*Brian K. Hart* -Clerk of Court

(1)     name of person who has possession or knowledge of whereabouts;

(2)     business address of such;

(3)     business telephone number of such.

**NOTE C:**     If you claim that a privilege applies to any document sought by this request, then state the factual and legal basis for the claimed privilege and identify the document (by date, author, recipient, general subject matter) so that it can be described in a motion to compel.

1.     Any and all accident records, reports, memoranda and emails relating to the subject incident.

2.     The entire crew list of the *M/V Hyundai Forward* and the employee list of the *M/V Hyundai Forward* for the voyage and activity at issue herein, including addresses and telephone numbers.

3.     Any and all log books (or other records) kept by the *M/V Hyundai Forward* for the aforesaid voyage, or by Defendant for the involved activity, including where applicable, but not limited to, the following:

      (a)     Deck logs;

      (b)     Engineer's logs;

      (c)     Medical logs;

      (d)     Radio logs;

      (e)     Repair and maintenance logs; and

      (f)     Electrical work logs.

4.     Any and all statements, including of the Plaintiff, either oral or written, signed or unsigned, and/or any and all recordings, by whatever means, relating to the

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 4/28/2022 2:35 PM

*Brian K. Hart* -Clerk of Court

incident complained of herein.

5.     All photographs, videotapes, records, and any other depiction or written descriptions taken by the Defendant or its representatives, involving, concerning, regarding or in any way connected with the matters at issue herein, including specifically any of Plaintiff.

6.     Any and all reports, notes, memoranda, correspondence, emails and related data made or kept by the Defendant, its agents, and/or employees, for or on behalf of or in the interest of the Defendant, and kept in its regular course of business, currently in existence or in its custody, possession and control, pertaining to Plaintiff's injury and claim against Defendant herein.

7.     All communications transmitted or received in connection with Plaintiff's injuries.

8.     All U.S. Coast Guard, Occupational Safety and Health Administration, or other reports or accident reports filed in connection with Plaintiff's injury.

9.     All medical and other types of bills paid by Defendant for medical treatment or services for Plaintiff or otherwise paid on Plaintiff's behalf.

10.     All expert's reports, test results, data relied on, and other information upon which said expert has relied or utilized to formulate his opinion, irrespective of whether said expert will or will not be called to testify or whether his or her opinion is not yet finalized.

11.     Copies of all policies of insurance (whether primary or excess) pertaining to the claims made in this lawsuit.

12.     All safety and/or operating rules, pamphlets, books, newsletters, posted

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 4/28/2022 2:35 PM

*Brian K. Hart* -Clerk of Court

notices, and other such safety or operating rules or regulations in effect at the time of the incident that forms the basis of this litigation.

13.      All contracts existing between the Defendants and between any other company or entity concerning the activities, vessel, crew members, etc., pertaining to the work activities undertaken on the date of Plaintiff's injury.

14.      Copies of any diagrams, sketches, specification sheets, manuals, drawings, blueprints, etc., of the area of the *M/V Hyundai Forward* where Plaintiff's injury occurred or the components involved in the handrail collapse.

15.      All maintenance and repair records, if any, relating to the equipment and/or area of the *M/V Hyundai Forward* where Plaintiff's injury occurred, whether made before or after Plaintiff left the vessel.

16.      All written reports of routine or special inspections made of the equipment and/or area of the *M/V Hyundai Forward* where Plaintiff's injury occurred, whether made before or after Plaintiff left the vessel.

17.      Preserve and produce the subject pin and any other related component parts of the gangway.

18.      Preserve and produce any replacement pin and any other component parts of the gangway used in the same section of the gangway.

19.      Produce inventory logs identifying the vessel's toggle pin inventory, work orders, purchase orders, etc.

20.      Produce any manuals, manual supplements, instruction sheets, warnings, etc. from the gangway manufacturer or manufacturer of the toggle pin.

21.      Produce a copy of any log which tracks "near misses" or prior incidents.

*Page 4 of 5*

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 4/28/2022 2:35 PM

*Brian K. Hart* -Clerk of Court

22.   Produce any warnings related to gangways received by or provided by you.

23.   Deck log notations, reports, or emails related to prior gangway handrail collapses on the subject vessel in the last 10 years.

This 28th day of April, 2022.

Brent J. Savage
Georgia Bar No. 627450
Zachary R. Sprouse
Georgia Bar No. 276708

SAVAGE, TURNER, PINCKNEY
SAVAGE & SPROUSE
Post Office Box 10600
Savannah, GA 31412
(912) 231-1140

*Page 5 of 5*

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 4/28/2022 2:35 PM

*Brian K. Hart* -Clerk of Court

# *In The State Court of Chatham County*

### 133 Montgomery Street, Room 501, Savannah, GA 31401

www.statecourt.org • Phone (912) 652-7224 • FAX (912) 652-7229 • clerk@statecourt.org

**VICTOR BERRY**

Plaintiff

Vs

**SHIP OWNER INVESTMENT CO. NO. 1, HMM OCEAN SERVICE CO. LTD., AND HMM CO. LTD.**

Defendant

STCV22-00716

**Case Number**

Address of Defendant

HMM OCEAN SERVICE CO. LTD.
63, Jungang-daero, Jung-gu
Busan, 600-711, South Korea

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: HMM OCEAN SERVICE CO. LTD.

Defendant's Address 63, Jungang-daero, Jung-gu, Busan, 600-711, South Korea

**You are hereby summoned and required to efile** (https://georgia.tylerhost.net/ofsweb/) with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:

BRENT J. SAVAGE
SAVAGE TURNER PINCKNEY SAVAGE & SPROUSE
PO BOX 10600
SAVANNAH, GA 31412

**an answer to the complaint which is herewith served upon you, within 30 days after service** of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

*Brian K. Hart*

**CLERK OF COURT**
**State Court of Chatham County**

/s/ Deone Wilson

Deputy Clerk, State Court of Chatham County

Not valid until
signed and sealed
by a Deputy Court
Clerk

PRINT

27. Summons 03-24-2021

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 4/28/2022 2:35 PM

*Brian K. Hart* -Clerk of Court

# *In The State Court of Chatham County*

**133 Montgomery Street, Room 501, Savannah, GA 31401**

**www.statecourt.org**  •  **Phone (912) 652-7224**  •  **FAX (912) 652-7229**  •  **clerk@statecourt.org**

**VICTOR BERRY**

Plaintiff

STCV22-00716

**Case Number**

**Vs**

**SHIP OWNER INVESTMENT CO. NO. 1,
HMM OCEAN SERVICE CO. LTD., AND
HMM CO. LTD.**

Defendant

Address of Defendant

SHIP OWNER INVESTMENT CO. NO. 1
c/o HMM Co. Ltd., 194, Yulgok-ro, Jongno-gu,
Seoul, 03127, South Korea

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: SHIP OWNER INVESTMENT CO. NO. 1

Defendant's Address   c/o HMM Co. Ltd., 194, Yulgok-ro, Jongno-gu, Seoul, 03127, South Korea

**You are hereby summoned and required to efile** (https://georgia.tylerhost.net/ofsweb/) with the Clerk of said

Court and serve upon Plaintiff's Attorney, whose name and address is:

BRENT J. SAVAGE
SAVAGE TURNER PINCKNEY SAVAGE & SPROUSE
PO BOX 10600
SAVANNAH, GA  31412

**an answer to the complaint which is herewith served upon you, within 30 days after service** of this summons upon you,
exclusive of the day of service.  If you fail to do so, Judgment by default will be taken against you for the relief demanded
in the complaint.

*Brian K. Hart*

**CLERK OF COURT**
**State Court of Chatham County**

/s/ Deone Wilson

Not valid until
signed and sealed
by a Deputy Court
Clerk

Deputy Clerk, State Court of Chatham County

PRINT

27.  Summons  03-24-2021

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 4/28/2022 2:35 PM

*Brian K. Hart* -Clerk of Court

# *In The State Court of Chatham County*

### 133 Montgomery Street, Room 501, Savannah, GA 31401

www.statecourt.org · Phone (912) 652-7224 · FAX (912) 652-7229 · clerk@statecourt.org

**VICTOR BERRY**

STCV22-00716

Plaintiff

Case Number

Vs

**SHIP OWNER INVESTMENT CO. NO. 1,
HMM OCEAN SERVICE CO. LTD., AND
HMM CO. LTD.**

Address of Defendant

HMM CO. LTD.
194, Yulgok-ro, Jongno-gu
Seoul, 03127, South Korea

Defendant

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: HMM CO. LTD.

Defendant's Address  194, Yulgok-ro, Jongno-gu, Seoul, 03127, South Korea

**You are hereby summoned and required to efile** (https://georgia.tylerhost.net/ofsweb/) with the Clerk of said

Court and serve upon Plaintiff's Attorney, whose name and address is:

BRENT J. SAVAGE
SAVAGE TURNER PINCKNEY SAVAGE & SPROUSE
PO BOX 10600
SAVANNAH, GA  31412

**an answer to the complaint which is herewith served upon you, within 30 days after service** of this summons upon you, exclusive of the day of service.  If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

*Brian K. Hart*

**CLERK OF COURT**
**State Court of Chatham County**

/s/ Deone Wilson

Not valid until
signed and sealed
by a Deputy Court
Clerk

Deputy Clerk, State Court of Chatham County

PRINT

27.  Summons  03-24-2021

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 4/28/2022 2:35 PM

*Brian K. Hart* -Clerk of Court



# *In The State Court of Chatham County, Georgia*
**133 MONTGOMERY STREET, ROOM 501, SAVANNAH, GA 31401**
www.statecourt.org · Phone (912) 652-7224 · FAX (912) 652-7229 · clerk@statecourt.org

VICTOR BERRY

_____

_____

_____

_____ **Plaintiff**

**Counsel or Party Counsel or Party**
STCV22-00716

_____

**Case Number**

Vs

SHIP OWNER INVESTMENT CO. NO. 1,

HMM OCEAN SERVICE CO. LTD. and

HMM CO. LTD.

_____

_____ **Defendant**

## CERTIFICATION UNDER RULE 3.2

Pursuant to rules 3.2 and 3.4 of the Uniform Superior Court Rules and Local Rule # _3.2_ of the Eastern Judicial Circuit of Georgia, I hereby certify that no case has heretofore been filed in the State Court of the Eastern Judicial Circuit involving substantially the same parties or substantially the same subject matter or substantially the same factual issues which would require the petition-pleading to be specifically assigned to the judge whom the original action was or is assigned.

This _28_ day of _April_ , 20 _22_

_____
**Counsel or Party**

**OR**

Pursuant to Rules 3.2 and 3.4 of the Uniform Superior Court Rules and Local Rule # _____ of the Eastern Judicial Circuit of Georgia, I hereby certify that this petition-pleading involves substantially the same parties or substantially the same factual issues as in Case # _____

_____    VS    _____
        **Plaintiff**                                      **Defendant**

Filed in The Eastern Judicial Circuit of Georgia which under Rule 3.2 of the Superior Court rules require the petition-pleading, be specifically assigned to the Judge whom the original action was or is assigned.

_____
**Counsel or Party**

PRINT

7. Certification under rule 3.2   09-05